# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wanslee, Madeleine C. | US Bankruptcy Court Arizona | 12/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

US Bankruptcy Court Arizona
230 North First Ave. Suite 101
Phoenix AZ 85003-1727

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 12/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | self employed bankruptcy trustee |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 12/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Prime Money Market | A | Interest | K | T | Sold | 06/09/15 | K | A | |
| 2. Vanguard Morgan Growth fund | E | Dividend | N | T | Sold | 06/09/15 | N | C | |
| 3. Fidelity Dividend Growth | E | Dividend | M | T | Sold | 06/09/15 | M | C | |
| 4. Fidleity Cap Appreciation | E | Dividend | N | T | Sold | 06/09/15 | N | B | |
| 5. Templeton Foreign Fund | E | Dividend | M | T | Sold | 06/09/15 | M | C | |
| 6. 3 D System | A | Dividend | | | Sold | 02/20/14 | J | B | |
| 7. Achillion Pharma | A | Dividend | | | Sold | 08/26/14 | J | C | |
| 8. Artesian Res Corp | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 9. Chelsea Theraputics | A | Dividend | | | Sold | 01/15/14 | J | D | |
| 10. Cisco Systems | A | Dividend | | | Buy | 10/27/14 | J | | |
| 11. Cisco Systems | A | Dividend | | | Sold | 10/27/14 | J | A | |
| 12. Chochlear | A | Dividend | | | Sold | 10/27/14 | J | A | |
| 13. Gamestop | A | Dividend | | | Sold | 11/05/14 | J | C | |
| 14. Health Care REIT | A | Dividend | | | Sold | 07/21/15 | J | | |
| 15. Health Care REIT | A | Dividend | | | Sold | 11/05/14 | J | A | |
| 16. Inuit | A | Dividend | | | Sold | 11/05/14 | J | D | |
| 17. Joy Global | A | Dividend | | | Sold | 04/24/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 12/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Newfield | A | Dividend | | | Sold | 04/07/14 | J | A | |
| 19. Nokia | A | Dividend | | | Sold | 09/19/14 | J | C | |
| 20. Owens & Minor | A | Dividend | | | Buy | 03/20/14 | J | | |
| 21. Owens & Minor | A | Dividend | | | Sold | 11/05/14 | J | A | |
| 22. Peabody corp | A | Dividend | | | Sold | 07/22/14 | J | A | |
| 23. Whole Foods | A | Dividend | | | Buy | 03/25/14 | J | | |
| 24. Whole Foods | A | Dividend | | | Sold | 11/05/14 | J | A | |
| 25. Winnold | A | Dividend | | | Sold | 11/05/14 | J | A | |
| 26. Franklin Mutual Global | A | Dividend | | | Sold | 09/19/14 | J | B | |
| 27. Invesco Global Health care | A | Dividend | | | Sold | 11/05/14 | J | D | |
| 28. Seadrill partners | A | Royalty | | | Sold | 01/07/14 | J | A | |
| 29. Fidelity New Insights | D | Dividend | M | T | Buy (add'l) | 10/17/14 | K | | |
| 30. Invesco VK E&I | C | Dividend | M | T | Buy (add'l) | 10/17/14 | K | | |
| 31. Fidelity Lev Co | C | Dividend | M | T | Buy (add'l) | 08/11/15 | K | | |
| 32. Davis NY Venture | B | Dividend | L | T | | | | | |
| 33. Eagle Mid Cap | A | Dividend | L | T | | | | | |
| 34. AF EuroPac | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 12/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. AF Growth fund of AM | D | Dividend | L | T | | | | | |
| 36. Fidelity Small Cap | B | Dividend | K | T | Buy (add'l) | 08/11/15 | J | | |
| 37. Eaton Vance Div Builder | B | Dividend | K | T | | | | | |
| 38. Oppenheimer Dev Markets | B | Dividend | K | T | | | | | |
| 39. Eaton Vance Atlantic Cap | B | Dividend | K | T | | | | | |
| 40. Columbia Maricso | C | Dividend | K | T | Sold (part) | 12/08/15 | J | B | |
| 41. AF Cap. World | A | Dividend | J | T | Buy (add'l) | 08/11/15 | K | | |
| 42. Eagle SMall Cap | A | Dividend | K | T | | | | | |
| 43. Fidelity Mid Capp | A | Dividend | J | T | Buy (add'l) | 08/10/15 | J | | |
| 44. Oppenheimer Int Bond | A | Dividend | J | T | | | | | |
| 45. AF Balanced fund | C | Dividend | J | T | | | | | |
| 46. AT&T | A | Dividend | J | T | | | | | |
| 47. Oppenheimer Sm Mid | A | Dividend | J | T | | | | | |
| 48. Abbott Labs | A | Dividend | J | T | Sold | 07/21/15 | J | B | |
| 49. Cantel Medical | A | Dividend | J | T | Sold | 07/21/15 | J | A | |
| 50. Glaxosmith | A | Dividend | J | T | Sold | 07/21/15 | J | | |
| 51. Leapfrog enteprise | A | Dividend | J | T | Sold | 07/21/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 12/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sina Corp | A | Dividend | J | T | Sold | 07/09/15 | J | A | |
| 53. Invesco Balanced | A | Dividend | J | T | Sold | 07/21/15 | J | | |
| 54. Mulit-strategy G&I | A | Dividend | J | T | Sold | 07/16/15 | J | A | |
| 55. Southwest Gas | C | Dividend | M | T | Buy (add'l) | 12/15/15 | J | | |
| 56. Rental Property Phoenix (X) | | None | O | W | | | | | |
| 57. Fidelity value fund | D | Dividend | J | T | Buy | 01/05/15 | J | | |
| 58. Fidelity Value fund | D | Dividend | J | T | Sold | 01/15/15 | J | A | |
| 59. cash Dreyfus x | A | Interest | J | T | | | | | |
| 60. Eaton Vance | A | Dividend | J | T | Buy | 01/05/15 | J | | |
| 61. Eaton Vance Lrg Cap Value | A | Dividend | J | T | Sold | 01/30/15 | J | A | |
| 62. Chele X | A | Dividend | J | T | Sold | 07/25/14 | J | A | |
| 63. CHL X | A | Dividend | J | T | Sold | 07/25/14 | J | | |
| 64. CNX X | A | Dividend | J | T | Sold | 04/14/14 | J | | |
| 65. GRMN X | A | Dividend | J | T | Sold | 09/12/14 | J | | |
| 66. GRPN x | A | Dividend | J | T | Sold | 03/07/14 | J | | |
| 67. OUTR X | A | Dividend | J | T | Sold | 06/27/14 | J | | |
| 68. SSLT X | A | Dividend | J | T | Sold | 09/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 12/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ZNGA x | A | Dividend | J | T | Sold | 04/23/14 | J | | |
| 70. WCN x | A | Dividend | J | T | Sold | 03/04/14 | | | |
| 71. Dielbold X | A | Dividend | | | Sold | | | | |
| 72. Fidelity Ad. Div. Int x | A | Dividend | K | T | Sold | | | | |
| 73. FTERQ x | A | Dividend | J | T | Sold | 01/29/14 | J | A | |
| 74. Oppenheimer Global opps x | A | Dividend | K | T | | | | | |
| 75. SoluQ x | | None | J | T | Sold | 04/23/14 | J | A | |
| 76. Harris Bank account | A | Interest | L | T | | | | | |
| 77. First Credit union | A | Interest | K | T | | | | | |
| 78. Promissory Note PC & MA Wanslee | | None | L | T | | | | | |
| 79. i shares russel mid cap value x | A | Dividend | K | T | Buy | 06/10/15 | L | | |
| 80. i shares russel mid growth x | A | Dividend | K | T | Buy | 06/10/15 | K | | |
| 81. i shares russell value 1000 x | D | Dividend | M | T | Buy | 06/10/15 | M | | |
| 82. i shares russell growth 1000 x | C | Dividend | M | T | Buy | 06/10/15 | M | | |
| 83. i shares russel 2000 growth x | A | Dividend | K | T | Buy | 06/10/15 | K | | |
| 84. pimco high yeild corp bond x | B | Int./Div. | K | T | Buy | 06/10/15 | K | | |
| 85. Vanguard total bond index x | A | Int./Div. | K | T | Buy | 06/10/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 12/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard short term bond index x | B | Int./Div. | L | T | Buy | 06/10/15 | L | | |
| 87. Vanguard dev. markets x | C | Dividend | M | T | Buy | 06/10/15 | M | | |
| 88. vanguard total int. bond index x | A | Int./Div. | K | T | Buy | 06/10/15 | K | | |
| 89. vanguard all world us small cap x | A | Dividend | K | T | Buy | 06/10/15 | K | | |
| 90. Vanguard REIT index x | B | Dividend | K | T | Buy | 06/10/15 | K | | |
| 91. ishares russell 2000 value x | A | Dividend | K | T | Buy | 06/10/15 | K | | |
| 92. Sun America Annuity x | B | Dividend | M | T | Buy | 07/07/15 | M | | |
| 93. Radnet | A | Dividend | J | T | Buy | 06/29/15 | J | | |
| 94. Radnet | A | | J | T | Sold | 07/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 12/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 12/16/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Madeleine C. Wanslee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544